IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEENAN LAMAR CLOUD, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) |
| DIRECTOR, TDCJ-CID, | ) ) |
| Respondent. | ) Civil Action No. 3:17-CV-2716-C-BN |

**ORDER**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Petitioner's application for a writ of habeas corpus should be denied.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Petitioner's application for a writ of habeas corpus is hereby **DENIED**.

SO ORDERED this 19th day of October, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Petitioner has failed to file objections to the Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.